UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

NANCY ISAACSON, ESQ.
**Greenbaum, Rowe, Smith & Davis LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701
(973) 535-1600
Mediator

| In re: | Chapter 11 Proceeding |
|---|---|
| DAVID WILLIAM JACK, | Case No.: 10- 39762 (RG) |
| Debtor. | |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page numbered 2  is hereby **ORDERED.**

1376117.01

The Court finds that the persons named below filed applications for allowances and for good cause shown;

ORDERED that compensation and expenses are allowed as follows:

| Applicant | Fees | Expenses |
| --- | --- | --- |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith,<br> & Davis, LLP<br>Mediator | $4,980.00 | $41.20 |

1376117.01