SCURA, MEALY, WIGFIELD & HEYER, LLP
David L. Stevens (DS 4531)
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Fax.973-696-8571
*Counsel to the Debtor-in Possession*
*David William Jack*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| DAVID WILLIAM JACK, | Case No. 10-39762 |
| Debtor. | |

# ORDER AUTHORIZING
# PROFESSIONAL FEES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

ORDERED that an Interim fee for Scura, Mealey, Wigfield & Heyer LLP in the amount of $_____ plus expenses in the amount of $_____ be approved and payable to Scura, Mealey, Wigfield & Heyer LLP.